**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PABLO FLORES MERCADO,**

**Petitioner,**

**v.**

**MARK WAYNE MULLIN, et al.,**

**Respondents.**

**NO. 5:26-cv-03371-RGK-KS**

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is DENIED and this action is DISMISSED WITHOUT PREJUDICE consistent with the terms of the Order.

DATED: 9/15/2026

Gary Klausner

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE